**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 2:23-cv-05883-JLS-Ex |
| Plaintiff, | Assigned to: Judge Josephine L. Staton |
| *ex rel.* **RELATOR LLC**, a California limited liability company, | **ORDER DISMISSING CASE** |
| Relator, | Complaint Filed:   July 20, 2023 |
| v. | |
| **RABI AZIZ**, an individual; **SERENE ROSENBERG-VERNON,** an individual; **OCMBC, INC.,** a California corporation; and DOES 1- 10, | |
| Defendants. | |

ORDER DISMISSING CASE

1 | The Relator, Relator LLC, having filed a Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a), and the United States of America having filed its consent, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS HEREBY ORDERED THAT this action is dismissed without prejudice as to Relator LLC and without prejudice as to the United States of America.

IT IS SO ORDERED.

Dated: November 25, 2025

*Josephine L. Staton*
Hon. Josephine L. Staton
United States District Judge